UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| VINOD LAXMIDAS PATEL, | ) | CASE NO. 17-57865 |
|     DEBTOR(S), | ) | CHAPTER 13 |

## NOTICE OF HEARING

COMES NOW, Debtor, and notifies all parties on the attached list that a hearing will occur regarding the Debtor's Motion to Avoid Lien (Doc. No. 20) in Courtroom 1201 at 2:00 pm, November 9, 2017 at the United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

This Monday, October 23, 2017.

Respectfully submitted,

_____/s/
Charles M. Clapp, 101089
Attorney for Debtor
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
(404) 585-0040 (Office)
(404) 393-8893 (Fax)
charles@lawcmc.com

## CERTIFICATE OF SERVICE

       The undersigned hereby states that I am more than eighteen years of age, and that on this day I served a copy of the within "Notice of Hearing" filed in this Bankruptcy Case upon the Trustee electronically and upon the following by depositing a copy of same in the United States Mail with sufficient certified postage thereon to ensure delivery:

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303−1740

Vinod Laxmidas Patel
3508 Emperor Way
Tucker, GA 30084

Presidential Realty, Inc
Attn: Habib Osta, Reg Agent
725 Upper Hembree Rd
Roswell, GA 30076

Som R. Sharma
1960 Sugar Lake Court
Lawrenceville, GA 30043

Slipakoff & Slomka
1069 Spring Street NW #200
Atlanta, GA 30309
Attn: Howie Slomka

This Monday, October 23, 2017.

Respectfully submitted,

_____/s/
Charles M. Clapp, 101089
Attorney for Debtor
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
(404) 585-0040 (Office)
(404) 393-8893 (Fax)
charles@lawcmc.com